1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| INSPECTION MANAGEMENT SYSTEMS, INC., | 2:09-cv-00023-MCE-GGH |
| Plaintiff, | |
| v. | **ORDER** |
| OPEN DOOR INSPECTIONS, INC., MICHAEL R. SCHEIDERICH; KEVIN SCHEIDERICH; BOB FISHER; RUN TANGENT, LLC, | |
| Defendants. | |

----oo0oo----

On January 16, 2009, the Court issued a Temporary Restraining Order in this matter and set a hearing date of January 28, 2009 in connection with Plaintiff's request for a preliminary injunction.  The date for hearing the preliminary injunction was scheduled in accordance with the requirements of Federal Rule of Civil Procedure 65(b)(2), which provides that an temporary restraining order shall not exceed ten (10) days in duration (excluding intermediate Saturdays, Sundays and legal holidays under Federal Rule of Civil Procedure 6(a)),

1

unless extended by the Court upon a showing of good cause or upon consent of the parties.

The parties hereto have now submitted a Stipulation and Proposed Order asking that the Motion for Preliminary Injunction be continued to February 17, 2009, or as soon thereafter as the matter can be heard, due apparently to the fact that Defendants retained new counsel on or about January 20, 2009. Defendants have also requested an extension for responding to Plaintiff's Complaint.

While these requests will be granted as set forth below, absent further agreement of the parties, the Temporary Restraining Order now in effect shall expire on January 28, 2009.

Pursuant to the terms of the parties' Stipulation, the following new dates shall be in effect:

1. Plaintiff's Motion for Preliminary Injunction shall be heard in this Court on February 17, 2009 at 8:30 a.m.;

2. Defendants' response to Plaintiff's Motion for Preliminary Injunction, and its response to Plaintiff's Complaint, shall be filed not later than February 5, 2009;

3. Plaintiff's reply, if any, shall be filed not later than February 12, 2009.

IT IS SO ORDERED.

Dated: January 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE