MATTHEW R. EASON (Bar No. 160148)
**EASON & TAMBORNINI**
1819 K. Street, Suite 200
Sacramento, CA 95814
Tel.: 916-438-1819
Fax: 916-438-1820

Attorneys for Plaintiff
INSPECTION MANAGEMENT SYSTEMS, INC.

SCOTT W. PINK (Bar No. 122383)
RAJIV DHARNIDHARKA (Bar No. 234756)
**DLA PIPER LLP (US)**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916-930-3200
Fax: 916-930-3201

Attorneys for Defendants
OPEN DOOR INSPECTIONS, INC.; MICHAEL R. SCHEIDERICH; KEVIN SCHEIDERICH; BOB FISHER; and RUN TANGENT, LLC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSPECTION MANAGEMENT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPEN DOOR INSPECTIONS, INC.; MICHAEL R. SCHEIDERICH; KEVIN SCHEIDERICH; BOB FISHER; and RUN TANGENT, LLC, <br><br> Defendants. | CASE NO. CV-09-00023 MCE GGH <br><br> **STIPULATION AND ORDER CONTINUING DEADLINE FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

WHEREAS, on February 26, 2009, Plaintiff Inspection Management Systems, Inc. ("Plaintiff") filed its First Amended Complaint ("FAC") against Defendants Open Door Inspections, Inc.; Michael R. Scheiderich; Kevin Scheiderich; Bob Fisher; and Run Tangent, LLC ("Defendants");

WHEREAS, on March 5, 2009, Plaintiff's motion for preliminary injunction was heard by the Court and taken under submission;

-1-

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Defendants' response to the FAC is currently due to be filed and served by March 16, 2009;

WHEREAS, the Court's ruling on the motion for preliminary injunction may materially change the parties' positions on the FAC;

THEREFORE, Plaintiff and Defendants, by and through their respective attorneys of record, hereby STIPULATE AND AGREE as follows:

Defendants' response to the FAC shall be filed and electronically served within 10 court days of the Court's ruling on the motion for preliminary injunction, unless the parties agree to a further extension. Defendants stipulate to Plaintiff filing a Second Amended Complaint if Plaintiff provides Defendants with notice of its intent to file a Second Amended Complaint within five calendar days of the Court's ruling on the motion for preliminary injunction.

IT IS SO STIPULATED.

Dated: March 9, 2009    EASON & TAMBORNINI

By /s/ Matthew R. Eason (as authorized on 3/9/09)
MATTHEW R. EASON
Attorneys for Plaintiff
Inspection Management Systems, Inc.

Dated: March 9, 2009    DLA PIPER LLP (US)

By /s/ Scott W. Pink
SCOTT W. PINK
RAJIV DHARNIDHARKA
Attorneys for Defendants
Open Door Inspections, Inc.; Michael R. Scheiderich; Kevin Scheiderich; Bob Fisher; and Run Tangent, LLC.

///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

**PURSUANT TO STIPULATION:**

1. Defendants' response to the FAC shall be filed and electronically served not later than ten (10) <u>court</u> days after the Court's ruling on the motion for preliminary injunction is filed electronically.

2. Plaintiff may file a Second Amended Complaint without further leave of Court if Plaintiff provides Defendants with notice of its intent to file a Second Amended Complaint within five (5) <u>calendar</u> days of the Court's ruling on the motion for preliminary injunction. Any subsequent requests to an amended complaint will require court approval, eve if the parties stipulate.

**IT IS SO ORDERED.**

Dated: March 10, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DLA PIPER LLP (US)

WEST\21674763.1

STIPULATION & [PROPOSED] ORDER CONTINUING RESPONSE TO FIRST AMENDED COMPLAINT / CASE NO. CV- 09-00023 MCE GGH

PDF created with pdfFactory trial version www.pdffactory.com