UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| INSPECTION MANAGEMENT SYSTEMS, INC., | No. 2:09-cv-00023-MCE-GGH |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| OPEN DOOR INSPECTIONS, INC., et al., | |
| Defendants. | |

Pursuant to the stipulation filed by the parties on April 28, 2009, hearing on Defendants' Motion to Dismiss, Motion to Strike, and Motion for Partial Summary Judgment is hereby continued from May 7, 2009, to June 11, 2009, at 2:00 p.m. The parties are directed to follow the briefing schedule mandated by Local Rule 78-230, and are further ordered to consult with the Courtroom Deputy in the future regarding the availability of the Court prior to scheduling any future hearings.

IT IS SO ORDERED.

Dated: May 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE