1  MATTHEW R. EASON (Bar No. 160148)
   **EASON & TAMBORNINI**
2  1819 K. Street, Suite 200
   Sacramento, CA 95814
3  Tel.: 916-438-1819
   Fax: 916-438-1820
4
   Attorneys for Plaintiff
5  INSPECTION MANAGEMENT SYSTEMS, INC.

6  SCOTT W. PINK (Bar No. 122383)
   RAJIV DHARNIDHARKA (Bar No. 234756)
7  **DLA PIPER LLP (US)**
   400 Capitol Mall, Suite 2400
8  Sacramento, CA 95814-4428
   Tel: 916-930-3200
9  Fax: 916-930-3201

10 Attorneys for Defendants
   OPEN DOOR INSPECTIONS, INC.; MICHAEL R.
11 SCHEIDERICH; KEVIN SCHEIDERICH; BOB
   FISHER; and RUN TANGENT, LLC.
12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  INSPECTION MANAGEMENT<br>SYSTEMS, INC., | CASE NO. CV-09-00023 MCE GGH |
| 16 | **STIPULATION AND ORDER TO DISMISS** |
| 17           Plaintiff, | **DEFENDANTS BOB FISHER AND KEVIN**<br>**SCHEIDERICH [FED. R. CIV. P. 41(a)(1)]** |
| 18        v. | |
| 19  OPEN DOOR INSPECTIONS, INC.;<br>MICHAEL R. SCHEIDERICH; KEVIN<br>SCHEIDERICH; BOB FISHER; and RUN | |
| 20  TANGENT, LLC, | |
| 21           Defendants. | |

DLA PIPER LLP (US)

WEST\21775798.1

-1-

RULE 41 STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS
BOB FISHER AND KEVIN SCHEIDERICH / CASE NO. CV-09-0023 MCE GGH

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Defendants Bob Fisher and Kevin Scheiderich should be dismissed from the action.

Dated: August 17, 2009    EASON & TAMBORNINI

By /s/ Matthew R. Eason (as authorized on 8/17/09)
MATTHEW R. EASON
Attorneys for Plaintiff
Inspection Management Systems, Inc.

Dated: August 17, 2009    DLA PIPER LLP (US)

By /s/ Rajiv Dharnidharka
SCOTT W. PINK
RAJIV DHARNIDHARKA
Attorneys for Defendants
Open Door Inspections, Inc.; Michael R. Scheiderich; Kevin Scheiderich; Bob Fisher; and Run Tangent, LLC.

**PURSUANT TO STIPULATION:**

Defendants Bob Fisher and Kevin Scheiderich are dismissed from the action under Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: August 19, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com