Matthew R. Eason, Esq. (SBN 160148)
Kyle K. Tambornini, Esq. (SBN 160538)
**EASON & TAMBORNINI**
1819 K Street, Suite 200
Sacramento, CA 95814
(916) 438-1819
Facsimile (916) 438-1820

Attorneys for INSPECTION MANAGEMENT SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| INSPECTION MANAGEMENT SYSTEMS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>OPEN DOOR INSPECTIONS, INC.; MICHAEL R. SCHEIDERICH; KEVIN SCHEIDERICH; BOB FISHER; RUN TANGENT, LLC<br><br>  Defendants. | Case No.   CV-09-00023 MCE GGH<br><br>**Order Granting Application to Dismiss Case in its Entirety** |

Good cause appearing, and with all parties having either reached a voluntary resolution, and/or have been previously dismissed.  The Ex Parte Application to Dismiss Case in its Entirety (ECF No. 121) is hereby GRANTED.

///

///

///

///

1  The hearing on the Order to Show Cause, set for hearing on March 24, 11 at 10:00 a.m. as to
2  why Plaintiff's counsel had not advised the Court whether the matter Could be closed, is hereby
3  vacated. The Clerk of Court is hereby directed to close this file.

5  DATE:  March 18, 2011

  _____
  MORRISON C. ENGLAND, JR.
  UNITED STATES DISTRICT JUDGE